# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| NOTICXE, INC., f/k/a Exciton, Inc., | Case No. 3:18-cv-00056 |
| Plaintiff/Counterclaim Defendant, | District Judge Walter H. Rice<br>Magistrate Judge Sharon L. Ovington |
| vs. | |
| OAKLEY, INC., | |
| Defendant/Counterclaim Plaintiff. | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 13, 2018 (Doc. #22) is ADOPTED in full; and

2. Plaintiff Noticxe, Inc.'s Motion to Dismiss Defendant Oakley, Inc.'s Counterclaims for Conversion and Replevin (Doc. #18) is GRANTED.

_____
Walter H. Rice
United States District Judge