IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| NOTICXE, INC. (f/k/a Exciton, Inc.), | : | CASE NO. 3:18-cv-00056 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | **ORDER GRANTING** |
| OAKLEY, INC., | : | **SECOND JOINT MOTION TO** |
| | : | **MODIFY PRELIMINARY** |
| Defendant. | : | **PRETRIAL CONFERENCE ORDER** |
| | | **TO EXTEND TIME TO IDENTIFY** |
| | | **WITNESSES** |

For good cause shown, the March 5, 2019 Second Joint Motion to Modify Preliminary Pretrial Conference Order to Extend Time to Identify Witnesses is **GRANTED**. The Court's May 7, 2018 Preliminary Pretrial Conference Order, as modified by the Court's February 5, 2019 Order Granting Joint Motion to Modify Preliminary Pretrial Conference Order to Extend Time to Identify Witnesses is **MODIFIED** to extend the deadlines for Plaintiff Noticxe, Inc. f/k/a Exciton, Inc. and Defendant Oakley, Inc. to identify lay witnesses with a synopsis of their testimony to and including Friday, April 5, 2019; to identify expert witnesses and produce expert reports to and including Wednesday, May 1, 2019; and to identify rebuttal expert witnesses and produce expert reports to and including May 31, 2019 for Plaintiff and Friday, June 14, 2019 for Defendant. All other deadlines remain in effect.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

1329916.1

**EXHIBIT 1**